NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZIRCON CORP.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**STANLEY BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC.**
*Intervenors*

---

2022-1649

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1221.

---

**ON MOTION**

---

**O R D E R**

Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. (collectively, "Stanley") move to intervene in this appeal. Stanley states that the International Trade Commission does not oppose the motion and that Zircon

Corp. declined to take a position until Stanley filed this motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected in this order. The International Trade Commission's and Stanley's briefs are due no later than 40 days from the date of filing of Zircon's opening brief.

FOR THE COURT

May 10, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court