# United States Court of Appeals for the Federal Circuit

---

**ZIRCON CORP.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**STANLEY BLACK & DECKER, INC., BLACK & DECKER (U.S.), INC.,**
*Intervenors*

---

2022-1649

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1221.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 8, 2024
Date

Jarrett B. Perlow
Clerk of Court